IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| VINCENT E. WHITE : <br> : <br> Plaintiff(s) : <br> : Case Number: 1:05-cv-00473 <br> vs. : <br> : Senior District Judge S. Arthur Spiegel <br> RICHARD K. JONES, et al. : <br> : <br> Defendant(s) : | |

JUDGMENT IN A CIVIL CASE

    Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . Accordingly, the Magistrate Judge's Report and Recommendation (doc. 11) is hereby ADOPTED IN ITS ENTIRETY.  Plaintiff's Complaint is DISMISSED (doc. 2) and the Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal of this Order would not be taken in good faith.

10/13/05                                                                                        James Bonini, Clerk

                                                                                     s/Kevin Moser
                                                                                     Kevin Moser
                                                                                     Deputy Clerk